FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 13 2015

CHRISTOPHER A. PRINE
CLERK

10072015

To Whom it might concern:

How much is the filing fee for the Appeal?  I have attached a copy of the Letter I received from your office.

*Evelyn M. Wyatt*

Evelyn M. Wyatt

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:  713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas
## 301 Fannin Street
## Houston, Texas 77002-2066

October 1, 2015

Carl T. Schultz
Carl Theobold Schultz
11 Greenway Plaza Ste 2820
Houston, TX 77046
* DELIVERED VIA E-MAIL *

H. Miles Cohn
Crain, Caton & James, PC
1401 McKinney Ste 1700
Houston, TX 77010-4035
* DELIVERED VIA E-MAIL *

Jerry L. Schutza
11 Greenway Plaza Ste 2820
Houston, TX 77046-1100
* DELIVERED VIA E-MAIL *

Evelyn Wyatt
129 Scott St.
San Francisco, CA 94117

RE:    **Court of Appeals Number:** 01-15-00497-CV    **Trial Court Case Number:** 2014-59033

**Style:** Evelyn Wyatt v. Cynthia M. Simon, Jerry L. Schutza, Jaikshin S. Bhagia and Nanik S. Bhagia

Dear Appellant:

The reporter's record was due to be filed July 1, 2015. From information currently available, the court reporter has not filed the reporter's record because (1) you failed to request a reporter's record or (2) you have not paid for the record or made arrangements to pay the reporter's fee to prepare it. *See* TEX. R. APP. P. 37.3(c). My records also indicate that you are *not* entitled to proceed without payment of costs. *See* TEX. R. APP. P. 20.

This is **NOTICE** that the Court may require you to file your brief and can consider and decide your appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). The final deadline to submit written evidence from the court reporter that you have paid or made arrangements to pay the reporter's fee for preparing the reporter's record is **5:00 p.m., November 2, 2015.**

If you believe you are exempt from paying the reporter's fee, please file a written detailed explanation by the due date. *See* TEX. R. APP. P. 20.1 (establishing indigence). A written response is required, even if you have previously claimed you are exempt from paying the reporter's fee.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Michelle Gentile, Deputy Clerk

cc: Gina L. Wilburn (DELIVERED VIA E-MAIL)
Court Reporter 55th District Court (DELIVERED VIA E-MAIL)

129 Scott St

San francisco, Calif. 94117-3222

RECEIVED
FIRST COURT OF APPEALS
HOUSTON TEXAS

OCT 13 2015

CHRI...

FIRST CLASS



OAKLAND CA 945

07 OCT 2015 PM 4 L

Court of Appeals

First District of Texas

301 Fannin Street

Houston, Texas 77002-2066

7700220569